October 11, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

CEDRIC WILLIAMS & JAIME LUNA, Appellants

NO. 14-11-00496-CV           V.

TEXAS MUTUAL INSURANCE COMPANY, Appellee
_____

This court today heard a motion for rehearing filed by appellants, CEDRIC WILLIAMS and JAIME LUNA, and heard a motion for rehearing filed by appellee, TEXAS MUTUAL INSURANCE COMPANY. We order that the motions be overruled, and that this court's former judgment of September 6, 2012 be vacated, set aside, and annulled. We further order this court's opinion of September 6, 2012 withdrawn.

This cause, an appeal from the judgment in favor of appellee, TEXAS MUTUAL INSURANCE COMPANY, signed February 1, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for further proceedings in accordance with the court's opinion.

We order each party to pay their own costs incurred in this appeal. We further order this decision certified below for observance.